```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08352
   ELLA MAE PAYNE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0276


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/13/2006 and was confirmed 11/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL INC          CURRENT MORTG    6527.88             .00          6527.88
CITIFINANCIAL INC          MORTGAGE ARRE    2000.00             .00          1966.52
UNIVERSITY PARK CONDO AS   CURRENT MORTG        .00             .00              .00
UNIVERSITY PARK CONDO AS   SECURED              .00             .00              .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG    6087.52             .00          6087.52
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    1729.83             .00          1700.87
INTERNAL REVENUE SERVICE   PRIORITY         1758.54             .00              .00
AMERICAN EXPRESS CENTURI   UNSECURED        4039.23             .00              .00
ECAST SETTLEMENT CORP      UNSECURED        1863.90             .00              .00
ROUNDUP FUNDING LLC        UNSECURED         709.11             .00              .00
CAPITAL ONE                UNSECURED       NOT FILED            .00              .00
CARSON PIRIE SCOTT         UNSECURED         334.11             .00              .00
ROUNDUP FUNDING LLC        UNSECURED        5822.01             .00              .00
WORLD FINANCIAL NETWORK    UNSECURED       NOT FILED            .00              .00
NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED            .00              .00
ROAMANS                    UNSECURED       NOT FILED            .00              .00
SEARS                      UNSECURED        5653.03             .00              .00
INTERNAL REVENUE SERVICE   UNSECURED         165.05             .00              .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,000.00                         2,000.00
TOM VAUGHN                 TRUSTEE                                          1,167.47
DEBTOR REFUND              REFUND                                           1,540.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             20,990.26

PRIORITY                                        .00
SECURED                                   16,282.79
UNSECURED                                       .00
ADMINISTRATIVE                             2,000.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08352 ELLA MAE PAYNE

```
TRUSTEE COMPENSATION                                          1,167.47
DEBTOR REFUND                                                 1,540.00
                                        ----------------   ----------------
TOTALS                                         20,990.26          20,990.26
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```